| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>6 Campus Drive, Suite 304<br>Parsippany, New Jersey 07054<br>(973) 538-4700<br>Attorneys for New Jersey Higher<br>Education Student Assistance Authority (HESAA)<br>R.A. LEBRON, ESQ.<br>HESA001<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>ROBERT JOSEPH CHESTER and BELINDA DAWN CHESTER *aka* BELINDA DAWN CASTEEL *aka* BELINDA CHESTER<br><br>       Debtor(s). | Case No.: 24-22644 ABA<br><br>Adv. No.: 25-01033 ABA<br><br>Hearing Date:<br><br>Judge: Hon. Andrew B. Altenburg Jr. |
| BELINDA DAWN CHESTER<br><br>       Plaintiff(s)<br>v.<br><br>NJHESAA<br><br>       Defendant(s) | **ANSWER TO COMPLAINT (AND SEPARATE DEFENSES) OF NEW JERSEY HIGHER EDUCATION STUDENT ASSISTANCE AUTHORITY (HESAA)** |

New Jersey Higher Education Student Assistance Authority (HESAA) ("HESAA" or "Defendant"), on behalf of itself, by and through its undersigned counsel, hereby provides its Answer to the allegations of Plaintiff, Belinda Dawn Chester ("Plaintiff" or "Debtor"), set forth in Plaintiff's Complaint ("Complaint"), and states as follows:

**JURISDICTION**

1. ADMITTED.

2. NEITHER ADMITTED NOR DENIED, as the allegations contained in this paragraph are conclusions of law, no response is required.

3. NEITHER ADMITTED NOR DENIED, as the allegations contained in this paragraph are conclusions of law, no response is required.

4. NEITHER ADMITTED NOR DENIED, as the allegations contained in this paragraph are conclusions of law, no response is required. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

5. NEITHER ADMITTED NOR DENIED, as the allegations contained in this paragraph are conclusions of law, no response is required.

**BACKGROUND FACTS**

6. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

7. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

8. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

9. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

10. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

11. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

12. NEITHER ADMITTED NOR DENIED TO THE EXTENT A RESPONSE IS REQUIRED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research. HESAA is a separate entity from Sallie Mae/Navient. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

13. NEITHER ADMITTED NOR DENIED TO THE EXTENT A RESPONSE IS REQUIRED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research. HESAA is a separate entity from Sallie Mae/Navient. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

14. NEITHER ADMITTED NOR DENIED TO THE EXTENT A RESPONSE IS REQUIRED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research. HESAA is a separate entity from Sallie Mae/Navient. To the extent the allegations in this paragraph are deemed

otherwise, said allegations are specifically DENIED.

15. ADMITTED as to Plaintiff attended Atlantic Cape Community College but NEITHER ADMITTED NOR DENIED as to the Academy of Culinary Arts. Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

16. ADMITTED.

17. NEITHER ADMITTED NOR DENIED, as the allegations contained in this paragraph may be conclusions of law. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

18. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

19. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

20. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

21. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

22. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and

same will require further research. HESAA is a separate entity from Sallie Mae/Navient. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

23. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research but DENIED as the statement is overly broad and conclusionary. Further, the allegations contained in this paragraph may be conclusions of law; as such, no response is required. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

24. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

25. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research.

26. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research. HESAA is a separate entity from Navient. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

27. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and

same will require further research. For additional context, upon information and belief, loan XXXXXX0254 is a defaulted student loan but loans XXXXX2702 and XXXXX0532 are current and in good standing.

28. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research but DENIED as the statement is overly broad and conclusionary. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

## COUNT 1

### DISCHARGE OF STUDENT LOANS DUE TO UNDUE HARDSHIP

29. NEITHER ADMITTED NOR DENIED, as responses to this paragraph were already provided in paragraphs 6 thought 28.

30. NEITHER ADMITTED NOR DENIED, as the allegations contained in this paragraph are conclusions of law, no response is required.

31. NEITHER ADMITTED NOR DENIED, as the allegations contained in this paragraph are conclusions of law, no response is required.

32. NEITHER ADMITTED NOR DENIED, as the allegations contained in this paragraph and subparagraphs are conclusions of law, no response is required. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

33. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

34. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

35. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

36. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research. HESAA is a separate entity from Navient. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED. To the extent the allegations in this paragraph are conclusions of law, a response is not required.

37. NEITHER ADMITTED NOR DENIED as Defendant does not yet have sufficient knowledge to admit or deny this statement and same will require further research. HESAA is a separate entity

from Navient. To the extent the allegations in this paragraph are deemed otherwise, said allegations are specifically DENIED.

38. As to the relief requested, DENIED as to the request to discharge cosigners including the related relief of credit reporting as cosigners have not brought this action and are not eligible for discharge. DENIED as to all other relief including removal of negative credit reporting irrespective of accuracy.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to adversary proceedings in the Bankruptcy Court by Fed. R. Bankr. P. 7012(b).

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to establish that repayment of her student loan debt would cause the debtor undue hardship within the meaning of 11 U.S.C. § 523(a)(8)(B) as it is understood in the Third Circuit.

### THIRD AFFIRMATIVE DEFENSE

The relief sought by the Plaintiff is barred by Estoppel.

### FOURTH AFFIRMATIVE DEFENSE

The relief sought by the Plaintiff is barred by the Doctrine of Unclean Hands.

### FIFTH AFFIRMATIVE DEFENSE

The Complaint fails to join necessary or indispensable

parties whose participation is required to ensure equal treatment of similarly situated creditors and the parties requesting relief.

**SIXTH AFFIRMATIVE DEFENSE**

The Plaintiff failed to serve the Complaint or service was improper.

**SEVENTH AFFIRMATIVE DEFENSE**

The relief sought by the Plaintiff, in whole or in part, is barred due to Lack of Standing.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant reserves the right to amend this Answer to assert additional separate defenses upon the completion of any investigation now being conducted and upon completion of discovery.

WHEREFORE, HESAA respectfully requests judgment in its favor and against Plaintiffs and such other relief as is just and equitable including awarding reasonable counsel fees and costs.

<pre>
                                    Respectfully submitted,
                                    **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                    Attorneys for New Jersey Higher
                                    Education Student Assistance
                                    Authority (HESAA)

                                    /s/ R.A. Lebron, Esq.
                                    R.A. LEBRON, ESQ.
</pre>

DATED: March 10, 2025

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for New Jersey Higher Education Student Assistance Authority (HESAA)<br>R.A. LEBRON, ESQ.<br>LFS007<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>ROBERT JOSEPH CHESTER and BELINDA DAWN CHESTER *aka* BELINDA DAWN CASTEEL *aka* BELINDA CHESTER<br><br>   Debtor(s). | Case No.: 24-22644 ABA<br><br>Adv. No.: 25-01033 ABA<br><br>Hearing Date:<br><br>Judge: Hon. Andrew B. Altenburg Jr. |
| BELINDA DAWN CHESTER<br><br>   Plaintiff(s)<br>v.<br><br>NJHESAA<br><br>   Defendant(s) | |

**CERTIFICATION OF SERVICE**

1. I, <u>*Ruth Essington*</u>:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, P.C.</u>, who represents the Defendant, <u>New Jersey Higher Education Student Assistance Authority (HESAA)</u> in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On *March 10, 2025*, This office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Answer to Complaint (and Separate Defenses) of New Jersey Higher Education Student Assistance Authority (HESAA).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Belinda Dawn Chester<br>1053 Bally Bunion Drive<br>Egg Harbor City, NJ 08215 | Plaintiff/Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| Brian Thomas<br>Brian Thomas, Esq<br>327 Central Avenue<br>Suite 103<br>Linwood, NJ 08221 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| Robert Joseph Chester<br>1053 Bally Bunion Drive<br>Egg Harbor City, NJ 08215 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>03/10/25</u>    <u>/s/Ruth Essington</u>
LEGAL ASSISTANT/PARALEGAL